# Buchanan



**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/2025**

**John M. Nading**
202 452 7949
john.nading@bipc.com

1700 K Street, N.W., Suite 300
Washington, DC  20006-3807

T 202 452 7900
F 202 452 7989

December 5, 2025

***VIA ELECTRONIC FILING (CM/ECF)***

The Hon. Colleen McMahon, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

12/8/2025

    **Re:**    ***BFFL Co, LLC v. CareandWear II, Inc., No. 25-4652-CM (S.D.N.Y.)***

Dear Judge McMahon:

Pursuant to Local Rule 7.1(e) and Your Honor's Individual Rules Part V.H, counsel for the parties in the above-referenced case jointly submit this letter motion for a brief stay of case deadlines (ECF No. 25) pending finalization of a settlement agreement, the negotiation of which is ongoing.

The parties have been diligently prosecuting their claims/counterclaims and defenses. CareandWear II, Inc. filed its Answer & Counterclaims on September 24 (ECF No. 30), and the issues were fully joined after BFFL Co, LLC filed its Answer to Counterclaims on October 14 (ECF No. 32). The parties subsequently exchanged initial sets of written discovery requests and have timely responded to same. Pursuant to the Court's Amended Civil Case Management Plan (ECF No. 25), the next deadline is for Plaintiff's deposition which must occur by December 19, followed by expert discovery in early January 2026, at which point the parties expect litigation costs to escalate materially.

At the same time, the parties have been engaged in settlement negotiations, including an extended video conference with the parties' principles and counsel, and exchanged settlement proposals. The parties believe they are close to agreeing on a framework for resolution and are working together in good faith to try to resolve the matter out-of-court. Therefore, the parties seek a stay of the case schedule through early next year to fully focus on trying to finalize their settlement agreement.

For all of these reasons and good cause therein, the parties respectfully request a stay of case deadlines (ECF No. 25) until January 16, 2026, at which point the parties will file a letter with the Court reporting on the status of settlement and whether there is a need at that time to reset case deadlines. We thank the Court in advance for its consideration and courtesies.

Respectfully submitted,

John M. Nading

cc:     All counsel of record