# Buchanan

**John M. Nading**
202 452 7949
john.nading@bipc.com

1700 K Street, N.W., Suite 300
Washington, DC  20006-3807

T 202 452 7900
F 202 452 7989

January 15, 2026

OK

*Colleen M M*
1/15/2026

***VIA ELECTRONIC FILING (CM/ECF)***

The Hon. Colleen McMahon, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    ***BFFL Co, LLC v. CareandWear II, Inc.*, No. 25-4652-CM (S.D.N.Y.)**

Dear Judge McMahon:

Pursuant to the Court's Order of December 8, 2025 (ECF No. 34) granting the parties' joint letter request of December 5, 2025 (ECF No. 33) and briefly staying case deadlines (ECF No. 25), the parties now write to provide a report on the status of settlement and whether there is a need at this time to reset case deadlines.

Since the joint letter, the parties have continued to engage in settlement discussions, including a second extended video conference with the parties' principles and counsel, and to exchange settlement proposals, working together in good faith to try to resolve the matter out-of-court. At this time, the parties appear to have reached a consensus on the core framework for resolution and are endeavoring to memorialize their understanding in a written settlement agreement. Pursuant to Local Rule 7.1(e) and Your Honor's Individual Rules Part V.H , the parties respectfully seek a further brief stay of the case schedule through mid-February 2026 so that they can focus all efforts and resources on trying to finalize their settlement agreement.

For all of these reasons and good cause therein, the parties respectfully request a continued stay of case deadlines (ECF No. 25) until February 13, 2026, at which point the parties will file a letter with the Court reporting on the status of settlement and whether there is a need at that time to reset case deadlines. We thank the Court in advance for its consideration and courtesies.

Respectfully submitted,

John M. Nading

John M. Nading

cc:    All counsel of record